## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Greenville District of South Carolina

Case Number: 6-19-CV-2165-TMC

Plaintiff:
**Duke Sandwich Productions, Inc., d/b/a Duke Foods**

vs.

Defendant:
**Knott's Wholesale Foods, Inc., d/b/a Knott's Fine Foods, and Wyatt Howard**

For:
Sandra Miller
Womble Bond Dickinson (US) LLP
550 S. Main Street
Suite 400
Greenville, SC 29601

Received by SEWARD INVESTIGATIONS, PROCESS AND COURIER SERVICES, INC. on the 7th day of August, 2019 at 1:33 pm to be served on **Wyatt Howard, 3116 West El Prado Boulevard, Tampa, FL 33639**.

I, Donald W. Seward, being duly sworn, depose and say that on the **8th day of August, 2019** at **12:10 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES; DUKE FOOD MOTION FOR LEAVE TO FILE UNDER SEAL; DUKE SANDWICH PRODUCTIONS, INC., d/b/a DUKE FOODS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND FOR RESTRAINING ORDER** with the date and hour of service endorsed thereon by me, to: **Wyatt Howard** at the address of: **3116 West El Prado Boulevard, Tampa, FL 33639**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: BLACK, Height: 6, Weight: 200, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

State of Florida County of Hillsborough

Subscribed and Sworn to before me on the 8th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

LOREN G PENNY
MY COMMISSION # FF933298
EXPIRES November 03, 2019
(407) 398-0153  FloridaNotaryService.com

Donald W. Seward
Cps #95580900

SEWARD INVESTIGATIONS, PROCESS AND COURIER SERVICES, INC.
4532 W. Kennedy Blvd.
Ste. 255
Tampa, FL 33609-2042
(813) 376-2893

Our Job Serial Number: DWS-2019017428

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  6-19-cv-2165-TMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Wyatt Howard
was received by me on *(date)*  8/7/19  .

☑ I personally served the summons on the individual at *(place)*  3116 West El Prado Boulevard Tampa, FL 33629  on *(date)*  8/8/19 1210PM  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8/8/19

*Server's signature*

Donald W Seward CPS
*Printed name and title*

4532 W Kennedy Blvd, Ste 255
Tampa, FL 33609
*Server's address*

Additional information regarding attempted service, etc: